VL/7956/HMK:mjg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK
------------------------------------------------------------------X
RANGER STEEL SUPPLY LP

                Plaintiff,            08 CV 0220 (NRB)(GWG)
                                                                                 ECF CASE

   -against-

M/V ARE a/k/a M/V ATLANTIC TRADER, her engines,    **RULE 7.1 STATEMENT**
boilers, tackle, etc., ATLANTIC RO-RO CARRIERS, INC.,
SARTORIA CO. SA, LUMAR S.A., BALTIC MERCUR LTD.,

                Defendants.
------------------------------------------------------------------X

PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   RANGER STEEL SUPPLY CORP.

Dated: January 8, 2008

                                      KINGSLEY, KINGSLEY & CALKINS
                                      Attorneys for Plaintiff

                                      BY:___/S/_____
                                        HAROLD M. KINGSLEY
                                        91 W. Cherry Street
                                        Hicksville, New York 11801
                                        (516) 931-0064