

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RANGER STEEL SUPPLY LP

               Plaintiff,

-V-

M/V ARE a/k/a M/V ATLANTIC TRADER, her engines, boilers, tackle, etc., ATLANTIC RO-RO CARRIERS, INC., SARTORIA CO. SA, LUMAR S.A., BALTIC MERCUR LTD.

               Defendants,

**CERTIFICATE OF MAILING**

08 CV 00220(NRB)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**18th day of January, 2008**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**10th day of January, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 840 952 US**

_____
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 14, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: RANGER STEEL SUPPLY LP v M/V ARE a/k/a
ATLANTIC TRADER et al
08 CIV 00220 (NRB)
Our Ref: VL 7956

Sir:

Please serve the enclosed Summons and Complaint on the following defendants of Civil Procedure Rule 4: (f)(2)(c)(ii):

Registered No. RB632840252US
Reg. Fee $10.15
Handling Charge $0.00
Return Receipt $2.15
Postage $1.80
Restricted Delivery $0.00
Date Stamp 0004 05 01/18/08

Customer Must Declare Full Value $$0.00

FROM:
KINGSLEY, KINGSLEY & CALKINS
91 West Cherry Street
Hicksville, NY 11801
FILE # VL 7956

TO:
Esnaar S.A.
Blue Bldg, Marina Village
Avinguda de Litoral
0805 Barcelona SPAIN

PS Form 3806, Receipt for Registered Mail
May 2004 (7530-02-000-9051)

Very truly yours,

[signature]