

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RANGER STEEL SUPPLY LP

               Plaintiff,

       -V-

M/V ARE a/k/a M/V ATLANTIC TRADER, her engines,
boilers, tackle, etc., ATLANTIC RO-RO CARRIERS, INC.,
SARTORIA CO. SA, LUMAR S.A., BALTIC MERCUR
LTD.

               Defendants,

**CERTIFICATE OF MAILING**

08 CV 00220(NRB)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**18th day of January, 2008**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**10th day of January, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 840 949 US**

                                                   CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

——

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 14, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   RANGER STEEL SUPPLY LP v M/V ARE a/k/a
ATLANTIC TRADER <u>et al</u>
08 CIV 00220 (NRB)
Our Ref: VL 7956

Sir:

[...] and Complaint on the following defendant [...] es of Civil Procedure Rule 4: (f)(2)(c) (ii):

R LTD.

o Carriers Ltd.

Very truly yours,

| Registered No. | | | Date Stamp |
|---|---|---|---|
| RB632840949US | | | |
| Reg. Fee $10.15 | | | 0004 |
| Handling Charge $0.00 | Return Receipt $2.15 | | 05 |
| Postage $1.00 | Restricted Delivery $0.00 | | 01/18/08 |
| Received by | | | |

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

10013

KINGSLEY KINGSLEY & CALKINS
91 West Cherry Street
Hicksvile, NY 11801
FILE # VL 7956

Ballmac Mercur Ltd.
c/o Atlantic Ro-Ro Carriers Ltd.
478 Magill Street
Montreal, Quebec      H2Y2H2 CANADA

PS Form 3806, Receipt for Registered Mail      Copy 1 - Customer
May 2004 (7530-02-000-9051)      (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®