UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*U.S. DISTRICT COURT FILED JAN 18 2008 S.D. OF N.Y.*

RANGER STEEL SUPPLY LP

           Plaintiff,

-V-

M/V ARE a/k/a M/V ATLANTIC TRADER, her engines, boilers, tackle, etc., ATLANTIC RO-RO CARRIERS, INC., SARTORIA CO. SA, LUMAR S.A., BALTIC MERCUR LTD.

           Defendants,

**CERTIFICATE OF MAILING**

08 CV 00220(NRB)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**18th day of January, 2008**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**10th day of January, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 840 935 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 14, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  RANGER STEEL SUPPLY LP v M/V ARE a/k/a
ATLANTIC TRADER et al
08 CIV 00220 (NRB)
Our Ref: VL 7956

nd Complaint on the following defendant
s of Civil Procedure Rule 4: (f)(2)(c) (ii):

iers Ltd.

Very truly yours,

[signature]

---

**Receipt for Registered Mail (PS Form 3806)**

Registered No. RB632840935US
Reg. Fee: $10.15
Handling Charge: $0.00
Return Receipt: $2.15
Postage: $1.00
Restricted Delivery: $0.00
Date Stamp: 0004 05 01/18/08
Customer Must Declare Full Value $0.00
Without Postal Insurance

FROM:
10013
KINGSLEY, KINGSLEY & CALKINS
91 West Cherry Street
Hicksville, NY 11801
FILE # VL 7956

TO:
Atlantic Ro-Ro Carriers Ltd.
478 Magill Street
Montreal, Quebec
H2YH2 CANADA