VL/7956/HMK:mjg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK
-------------------------------------------------------------------X
CARL SCHROTER GMBH & CO. KG
as agents of Gothaer Allgemeine VAG

                        Plaintiff,                      08 CIV 00220 (NRB)

  -against-


M/V ARE a/k/a M/V ATLANTIC TRADER, her engines,    **RULE 7.1 STATEMENT**
boilers, tackle, etc., ATLANTIC RO-RO CARRIERS, INC.,
SARTORIA CO. SA, LUMAR S.A.,BALTIC MERCUR LTD.,


                        Defendants.
-------------------------------------------------------------------X


PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK

WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT

CORPORATION:   CARL SCHROTER GMBH & CO. KG as agents of Gothaer

Allgemeiae VAG.

Dated: February 11, 2008

                                         KINGSLEY, KINGSLEY & CALKINS
                                         Attorneys for Plaintiff


                                         BY:_____
                                         HAROLD M. KINGSLEY
                                         91 W. Cherry Street
                                         Hicksville, New York 11801
                                         (516) 931-0064