59-08/WJP

FREEHILL, HOGAN & MAHAR
Attorneys for Defendants
80 Pine Street
New York, New York 10005
William J. Pallas (WP 6201)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RANGER STEEL SUPPLY L.P.

                              Plaintiff,                    08 Civ. 00220
     -against-

M/V "ARE" (a/k/a M/V ATLANTIC TRADER)
her engines, boilers, tackle, etc., ATLANTIC
RO-RO CARRIERS, INC., et al.                   LOCAL RULE
                                                                        7.1 STATEMENT

                              Defendant(s).
-----------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for SARTORIA (intervening in these proceedings as Owner of the M/V ARE), certifies that there are no corporate parents, subsidiaries or affiliates that are publicly traded.

Dated: New York, New York
       March 24, 2008.

                                                    FREEHILL, HOGAN & MAHAR, LLP
                                                    Attorneys for Defendants

                                                    By:_____
                                                        William J. Pallas (WP 6201)
                                                        80 Pine Street
                                                        New York, New York 10005-1759
                                                        (212) 425-1900

NYDOCS1/301217.1