59-08/WJP

FREEHILL, HOGAN & MAHAR
Attorneys for Defendants
80 Pine Street
New York, New York 10005
William J. Pallas (WP 6201)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RANGER STEEL SUPPLY L.P.

        Plaintiff,     08 Civ. 00220

  -against-

M/V "ARE" (a/k/a M/V ATLANTIC TRADER)
her engines, boilers, tackle, etc., ATLANTIC
RO-RO CARRIERS, INC., et al.     CLAIM OF OWNER

        Defendant(s).
-----------------------------------------------------------------x

  And now appears SARTORIA intervening for itself as Owner of the M/V ARE, and makes claim to M/V ARE, her tackle, engines, etc., as the same are arrested at the instance of RANGER STEEL SUPPLY L.P., the Plaintiff, and the claimant avers that it was at all times material to this action, the true and bona fide sole owner of M/V ARE.

  Wherefore it prays to defend accordingly.

Dated: New York, New York
March 20, 2008

SANTORIA,
FREEHILL, HOGAN & MAHAR
Attorneys-In-Fact

BY: _____
William J. Pallas
80 Pine Street
New York, New York 10005
(212) 425-1900

TO: KINGSLEY & KINGSLEY
90 West Cherry Street
Hicksville, New York 11801
Attention: Harold M. Kingsley, Esq.